UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jane Doe (a fictitious designation
whose initials are S.M.), Mary Moe
(a fictitious designation whose initials
are Dr. S.A.) and John Doe (a fictitious
designation whose initials are Dr. A.M.)

     v.

                    Case No. 17-cv-264-SM

Dartmouth College

## JUDGMENT

Judgment is hereby entered in accordance with the following:

1. Order by U.S. District Judge Steven J. McAuliffe dated
   August 25, 2017, granting Defendant's Motion to Dismiss the
   Complaint in Part;

2. The Stipulation of Dismissal as to the case with Prejudice
   filed on December 20, 2018, and

3. The Consent Decree approved by U.S. District Judge Steven J.
   McAuliffe on December 21, 2018.

By the Court:

_____
Daniel J. Lynch
Clerk of Court

Date: December 26, 2018

cc:  Rosemarie Arnold, Esq.
     Geoffrey J. Vitt, Esq.
     Aileen E. McTiernan, Esq.
     Daryl J. Lapp, Esq.
     Katherine A. Guarino, Esq.